**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF K.E.S., A MINOR | : | No. 199 MAL 2016 |
| | : | |
| IN INTEREST OF: K.E.S., A MINOR | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| PETITION OF: A.M.S., MOTHER | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.